United States District Court
Southern District of New York
-----------------------------------------------------------X
Mireya Rivera.

                Plaintiff                        10 Civ. 06013-JSR

       - against -                   *OFFER OF JUDGMENT*

Linda A. Strumpf and John Lombardi,
                Defendants
-----------------------------------------------------------X

       Pursuant to Federal Rules of Civil Procedure, Rule 68, defendants Linda A. Strumpf and John Lombardi hereby offer to allow judgment to be taken against said defendants for $2,500.00, plus reasonable attorneys' fees and costs accrued to this date.

Dated:  October 18, 2010

                                                        Respectfully Submitted,

                                                        */s/ Linda Strumpf*
                                                        _____
                                                        Linda Strumpf, Esq. (2948)
                                                       Defendant Pro Se and
                                                       Attorney for Defendant John Lombardi
                                                       Post Office Address
                                                       and Telephone Number
                                                       2 West Road
                                                       South Salem, NY 10590
                                                       (212) 566-6800

United States District Court
Southern District of New York
---------------------------------------------------------X
Mireya Rivera.

                Plaintiff                   10 Civ. 06013-JSR

       - against -                      CERTIFICATE OF SERVICE

Linda A. Strumpf and John Lombardi,
                Defendants
---------------------------------------------------------X

      I hereby certify that on October 18, 2010 I electronically filed the attached *Offer of Judgment* with the Clerk of the Court through the Court's ECF system which will send notification of each filing to the following Attorneys for Plaintiff:

Anne Nacinovich, Esq.
Attorney for Plaintiff
579 Courtlandt Avenue
Bronx, NY 10451-5013
anacinovich@bx.ls-nyc.org

James M. Baker, Of Counsel
Attorney for Plaintiff
Northern Manhattan Improvement Corporation
76 Wadsworth Avenue
New York, NY 10033
jbaker623@aol.com

October 18, 2010

                                       */s/ Linda Strumpf*
                                       _____

                                       Linda Strumpf, Esq. (LS 2948)