UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
)
)
MIREYA RIVERA, )
)
Plaintiff, )
)
-against- )
)  10 Civ. 6013 (JSR)
)
LINDA A. STRUMPF and JOHN L. LOMBARDI, )
)
Defendants. )
)
)
------------------------------------------------------------ x

Upon the motion of Anne Nacinovich, attorney for Plaintiff Mireya Rivera, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Hannah Lieberman |
| Firm Name: | Legal Services NYC – Bronx |
| Address: | 579 Courtlandt Avenue |
| City/State/Zip: | Bronx, N.Y. 10451 |
| Phone/Fax Numbers: | (718) 928-2867 / (718) 402-7566 |
| Email Address: | hlieberman@bx.ls-nyc.org |

is admitted to practice *pro hac vice* as counsel for Plaintiff Mireya Rivera in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 5/28/11
City, State:

_____
United States District/~~Magistrate~~ Judge

Exhibit A